No. 422. HATHAWAY HARPER, PLAINTIFF IN ERROR, *v.* BOARD OF COUNTY COMMISSIONERS OF OKLAHOMA COUNTY, STATE OF OKLAHOMA, ET AL. In error to the Supreme Court of the State of Oklahoma. Motion to dismiss submitted April 9, 1917. Decided April 16, 1917. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Deming* v. *Carlisle Packing Co.,* 226 U. S. 102, 105; *Consolidated Turnpike Co.* v. *Norfolk &c. Ry. Co.,* 228 U. S. 596, 600; *Stewart* v. *Kansas City,* 239 U. S. 14. *Mr. Arthur G. Moseley* for plaintiff in error. *Mr. Charles J. Kappler* for defendants in error.

---

No. 619. DON LACY, AS LIQUIDATING AGENT OF THE OKLAHOMA CITY NATIONAL BANK, PLAINTIFF IN ERROR, *v.* MOLLIE EZZARD. In error to the Supreme Court of the State of Oklahoma. Motion to dismiss or affirm submitted April 9, 1917. Decided April 16, 1917. *Per Curiam.* Judgment affirmed with costs upon the authority of: (1) *Chemical National Bank* v. *Hartford Deposit Co.,* 161 U. S. 1; *Capital National Bank* v. *First National Bank of Cadiz,* 172 U. S. 425; *Union National Bank* v. *McBoyle,* 243 U. S. 26. (2) *Kansas City Southern Ry. Co.* v. *Albers Commission Co.,* 223 U. S. 573, 591; *Creswill* v. *Knights of Pythias,* 225 U. S. 246, 261; *Norfolk & Western Ry. Co.* v. *West Virginia,* 236 U. S. 605, 609–610. (3) *Southern Pacific Co.* v. *Schuyler,* 227 U. S. 601, 611–612. *Mr. W. F. Wilson* and *Mr. Enoch A. Chase* for plaintiff in error. *Mr. Harvey R. Winn, Mr. Henry E. Asp* and *Mr. Henry G. Snyder* for defendant in error.